DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

IN RE KOZY

No. 482P88.

Case below: 91 N.C. App. 342.

Petition by Kozy for discretionary review pursuant to G.S. 7A-31 denied 4 January 1989.

KIRBY BLDG. SYSTEMS v. McNEIL

No. 481P88.

Case below: 91 N.C. App. 444.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 4 January 1989.

LAMB v. McKESSON CORP.

No. 467P88.

Case below: 91 N.C. App. 288.

Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 4 January 1989. Petition by Appellant (Lamb) for discretionary review pursuant to G.S. 7A-31 denied 4 January 1989.

MACK v. MOORE

No. 490P88.

Case below: 91 N.C. App. 478.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 4 January 1989.

MOORE v. HENLINE

No. 483P88.

Case below: 91 N.C. App. 585.

Petition by defendant (R. C. Henline) for discretionary review pursuant to G.S. 7A-31 denied 4 January 1989. Motion by plaintiff to dismiss appeal for lack of substantial constitutional question allowed 4 January 1989.